UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD SCOTT JR,<br><br>    Defendant. | CASE NO. MJ 16-150<br><br>DETENTION ORDER |

<u>Offense charged</u>:	Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:	May 3, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.	Defendant is prohibited from possessing a firearm because of past criminal

DETENTION ORDER
PAGE -1

history, including felonies of Robbery, assault, attempting to elude police, felon in possession of a firearm, and child molestation in the first degree.  He also was convicted of failure to register as a sex offender in December 2015.

2. Pretrial services indicates that defendant disclosed acute mental health issues, particularly depression and suicidal ideation. He does not have an appropriate release address, as the proposed residence would include minor children.

3. Defendant poses a risk of nonappearance due to history of mental health issues, history of controlled substance use, a history of sporadic employment and residential instability, plus a pending charge.  Defendant poses a risk of danger due to the nature of the instant charge, past criminal history, and circumstances alleged regarding defendant's motivation for committing the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 3rd day of May, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3